| | |
|---|---|
| 1 | Malcolm A. Heinicke* (CA Bar No. 194174) |
| | Taylor L. Benninger* (CA Bar No. 344825) |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, Twenty-Seventh Floor |
| 3 | San Francisco, California 94105-2907 |
| | Telephone: (415) 512-4000 |
| 4 | Malcolm.Heinicke@mto.com |
| | Taylor.Benninger@mto.com |
| 5 | |
| | Craig Jennings Lavoie* (CA Bar No. 293079) |
| 6 | David W. Moreshead* (CA Bar No. 305362) |
| | Jin Niu* (CA Bar No. 362447) |
| 7 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, Fiftieth Floor |
| 8 | Los Angeles, California 90071-3426 |
| | Telephone: (213) 683-9100 |
| 9 | Craig.Lavoie@mto.com |
| | David.Moreshead@mto.com |
| 10 | Jin.Niu@mto.com |
| | |
| 11 | Theresa Cole Rassàs, 023416 |
| | Brandon T. Delgado, 035924 |
| 12 | OSBORN MALEDON, P.A. |
| | 2929 North Central Avenue, 21st Floor |
| 13 | Phoenix, Arizona 85012-2793 |
| | (602) 640-9000 |
| 14 | trassas@omlaw.com |
| | bdelgado@omlaw.com |
| 15 | |
| | Attorneys for Defendant |
| 16 | Suns Legacy Partners, L.L.C. |
| | * Admitted *pro hac vice* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Cope, | No. CV-25-00838-PHX-ROS |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL WITHIN FIRM** |
| vs. | |
| Suns Legacy Partners, L.L.C., *et al.*, | |
| Defendants. | |

1  NOTICE is hereby given that attorney Richard T. Johnson is no longer associated
2  with the law firm of Munger, Tolles & Olson LLP, and should be removed as counsel of
3  record for Defendant Suns Legacy Partners, L.L.C.  All other counsel for Defendant remain
4  the same.

6  DATED: December 8, 2025           MUNGER, TOLLES & OLSON LLP

8                                    By:   */s/ Taylor L. Benninger*
                                          Taylor L. Benninger*
9                                         560 Mission Street, Twenty-Seventh Floor
                                          San Francisco, California 94105-2907
10
11                                    OSBORN MALEDON, P.A.

12                                        Theresa Cole Rassàs, 023416
                                          Brandon T. Delgado, 035924
13                                        2929 North Central Avenue, 21st Floor
14                                        Phoenix, Arizona 85012-2793
                                          (602) 640-9000
15                                        trassas@omlaw.com
                                          bdelgado@omlaw.com
16
17                                    Attorneys for Defendant Suns Legacy
                                      Partners, L.L.C.
18                                    * Admitted *pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, the foregoing document was served by e-mail or electronic transmission to the persons at the e-mail addresses listed below.

Sheree D. Wright, SBN 035265
IBF Law Group, PLLC
3101 N. Central Ave, Suite 1250
Phoenix, Arizona 85012
Telephone: (602) 833-1110
Facsimile: (602) 878-3294
E-Mail: sheree@ibflaw.com

Courtney E. Walters (*pro hac vice*)
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
E-Mail: cwalters@cewlawoffice.com

Attorneys for Plaintiff

By:    */s/ Taylor L. Benninger*
      Taylor L. Benninger
      Munger, Tolles & Olson LLP
      560 Mission Street, Twenty-Seventh Floor
      San Francisco, California 94105-2907
      Telephone: (415) 512-4000
      Taylor.Benninger@mto.com